**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE LUIS JIMENEZ-MENDEZ,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT LADWIG, New Orleans Field Office Director of Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY, Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:26-cv-02346-SHL-atc |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On March 30, 2026, Petitioner Jose Luis Jimenez-Mendez filed the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241.  (ECF No. 1.)  Jimenez-Mendez challenges his continued detention in the West Tennessee Detention Facility as an "arriving alien" without a bond hearing.  (ECF No. 1-3 at PageID 16.)  He seeks immediate release from Respondents' custody.  (Id. at PageID 17.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)    Jimenez-Mendez shall, within **five days** of this Order, **serve one copy each of the Petition (ECF Nos. 1, 1-1, 1-2, 1-3) and this Order (ECF No. 6)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, Jimenez-Mendez shall deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)     Within **five days** after Jimenez-Mendez fully complies with the above requirement, Respondents shall respond to the Petition in writing.

(3)     Jimenez-Mendez may file a reply within **two days** after Respondents' responsive filing.

(4)     Respondents shall not transfer Jimenez-Mendez out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 30th day of March, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2