**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE LUIS JIMENEZ-MENDEZ, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02346-SHL-atc |
| CHRISTOPHER BULLOCK, Field Office | ) | |
| Director of the New Orleans Field Office, | ) | |
| U.S. Immigration and Customs Enforcement, | ) | |
| Respondent. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Jose Luis Jimenez-Mendez's Petition (ECF No. 1), filed March 30, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 12), filed April 10, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 24, 2026
Date